UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CINTHIA STEPHENS,

    Plaintiff,

vs.                                CASE NO.: _____

MARY JANE VANN, and
VALINDA K. BUZBEE, individually,
jointly and severally,

    Defendant.
_____/

**DEFENDANTS VANN AND BUZBEE'S**
**<u>NOTICE OF REMOVAL</u>**

    Defendants, Mary Jane Vann and Valinda K. Buzbee, pursuant to 28 U.S.C. sections 1441 and 1446, hereby give notice of the removal to this Court of the case styled, *Cinthia Stephens v. Mary Jane Vann and Valinda K. Buzbee,* filed in the Circuit Court of the Second Judicial Circuit, in and for Jefferson County, Florida, Case No. 2018-CA-000031.  As grounds for this removal, Defendants state the following:

    1.    On or about February 14, 2018, an action was commenced by the filing of a Complaint in the Second Judicial Circuit in and for Jefferson County, Florida, entitled, *Cinthia Stephens v. Mary Jane Vann and Valinda K. Buzbee*, Case No. 2018-CA-000031.

2. Defendants, Mary Jane Vann and Valinda K. Buzbee, were served with a copy of the Summons and Complaint in the state court action on or about March 8, 2018.

3. The action described above is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. section 1331 and is one which may be removed to this Court by Defendants, Mary Jane Vann and Valinda K. Buzbee, pursuant to the provisions of 28 U.S.C. sections 1441 and 1446.

4. In the Complaint, Plaintiff alleges that Defendants are liable under 29 U.S.C. sections 207 and 215(a)(3). This action, therefore, may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a). *See Spencer v. S. Fla. Water Mgmt. Dist.*, 657 F. Supp. 66 (S.D. Fla. 1986).

5. The existence of a federal question is governed by the well-pleaded complaint rule, which requires the federal question to be presented on the face of a plaintiff's properly pleaded complaint. *Rivet v. Regions Bank of La.*, 522 U.S. 470, 475 (U.S. 1998). Here, Plaintiff's Complaint unquestionably establishes federal question jurisdiction on its face by invoking 29 U.S.C. sections 207 and 215(a)(3). Thus, removal is proper on the ground that this Court would have had original jurisdiction over this action because it is a civil action founded on a claim or right arising under the laws of the United States. 28 U.S.C. § 1441(a).

6.   Defendants attach hereto as Composite Exhibit "A," all process, pleadings, orders, and other papers and exhibits filed in this action. 28 U.S.C. § 1446(a); N.D. Fla. Loc. R. 7.2. These papers include the two Summonses, the Complaint and the Civil Cover Sheet.

7.   Venue properly rests in the Tallahassee Division of the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. Section 1441(a) and Local Rule 3.1, Rules of the United States District Court, Northern District of Florida, since this action is being removed from a state court within the Northern District of Florida, Tallahassee Division.

8.   Defendants represent they will file with the Clerk of the Court for the Second Judicial Circuit, in and for Jefferson County, Florida, a Notice of Filing Notice of Removal, pursuant to 28 U.S.C. Section 1446(d), and will give written notice thereof to all adverse parties. A copy of said Notice is attached hereto as Exhibit "B."

9.   Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed and without waiver by Defendants, Mary Jane Vann and Valinda K. Buzbee, of any jurisdictional arguments. Specifically, this Notice of Removal has been filed within thirty days after the Complaint was served on March 8, 2018.

WHEREFORE, Defendants, Mary Jane Vann and Valinda K. Buzbee, respectfully request this Court to effectuate removal of the action described above

now pending in the Second Judicial Circuit in and for Jefferson County, Florida, pursuant to 28 U.S.C. sections 1331, 1441, and 1446.

          Respectfully submitted,

          / s / Hannah D. Monroe
          LINDA BOND EDWARDS
          Florida Bar No. 0057282
          HANNAH D. MONROE
          Florida Bar No. 102762
          RUMBERGER, KIRK & CALDWELL
          A Professional Association
          101 North Monroe Street, Suite 120
          Tallahassee, Florida  32301
          Telephone:  (850) 222-6550
          Telecopier:  (850) 222-8783
          E-mail:      ledwards@rumberger.com
                       hmonroe@rumberger.com

          Attorneys for Defendants Vann and Buzbee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Noah E. Storch at noah@floridaovertimelawyer.com.

/ s / Hannah D. Monroe
LINDA BOND EDWARDS
Florida Bar No. 0057282
HANNAH D. MONROE
Florida Bar No. 102762
RUMBERGER, KIRK & CALDWELL
A Professional Association
101 North Monroe Street, Suite 120
Tallahassee, Florida 32301
Telephone: (850) 222-6550
Telecopier: (850) 222-8783
E-mail: ledwards@rumberger.com
hmonroe@rumberger.com

Attorneys for Defendants Vann and Buzbee

10998807.1