UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:18cv157-MW/CAS

CINTHIA STEPHENS,

Plaintiff,

v.

MARY JANE VANN and
VALINDA K. BUZBEE,
individually, jointly and
severally,

Defendants.
_____/

**PLAINTIFF, CINTHIA STEPHENS' NOTICE OF ACCEPTANCE OF
DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff, CINTHIA STEPHENS, by and through her undersigned counsel, hereby accepts and provides notice that she has accepted Defendants' Offer of Judgment to Plaintiff, CINTHIA STEPHENS, dated July 3, 2018, attached hereto as Exhibit A.

*(Remainder of page intentionally left blank)*

Dated: July 13, 2018

Respectfully submitted,

**/s NOAH E. STORCH**
Noah E. Storch, Esq.
Florida Bar No. 0085476
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, Florida 33314
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail: noah@floridaovertimelawyer.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 13, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

**/s/ NOAH E. STORCH**
NOAH E. STORCH, ESQ.