UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CINTHIA STEPHENS,**

**Plaintiff,**

**v.**

Case No. 4:18cv157-MW/CAS

**MARY JANE VANN and
VALINDA K. BUZBEE,
individually, jointly and
severally,**

**Defendants.**
_____/

### DEFENDANTS VALINDA BUZBEE AND MARY JANE VANN'S OFFER OF JUDGMENT

Defendants Valinda Buzbee and Mary Jane Vann make the following combined, total offer of judgment pursuant to Federal Rule of Civil Procedure 68:

1. Cinthia Stephens is Plaintiff in this action and asserts claims against Defendants Valinda Buzbee and Mary Jane Vann for violations of the Fair Labor Standards Act ("FLSA") and retaliation under the same in the Complaint in the above-styled case.

2. Defendants make this offer more than 14 days prior to trial, which is not set to begin until February 2019.

3. Defendants hereby offer to allow judgment against them in the amount of $15,000, which includes reasonable attorney's fees and costs accrued to date.

4. Defendants' combined, total offer is unconditional and is made to fully and finally resolve all claims asserted against them in this action in the operative Complaint.

6. This Offer is not an admission of liability. Defendants expressly deny liability as to all counts in the operative Complaint.

7. Defendants reserve their right to object to the admissibility of this Offer or any negotiations related to this Offer as evidence at trial.

8. Defendants' offer of judgment will remain open and irrevocable for 14 days after service on Plaintiff.

9. If Plaintiff Cinthia Stephens does not accept this offer in writing within 14 days after service, then Defendants' offer shall be deemed withdrawn in accordance with Federal Rule of Civil Procedure 68(b).

DATED: July 3, 2018

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 3rd day of July, 2018, I served the foregoing Offer of Judgment to Plaintiff pursuant to Federal Rule of Civil Procedure 68 to Noah Storch, counsel for Plaintiff, at Noah@floridaovertimelawyer.com.

/s/ Hannah D. Monroe
HANNAH D. MONROE
Florida Bar No. 102762
3202 Locksley Lane
Tallahassee, FL 32312
850-510-3151
hdmonroe16@gmail.com

Attorney for Defendants Mary Jane Vann and Valinda Buzbee