IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CINTHIA STEPHENS,

      Plaintiff,

v.                              Case No. 4:18cv157-MW/CAS

MARY JANE VANN and
VALINDA K. BUZBEE,
individually, jointly and
severally,

      Defendants.
_____/

## ORDER GRANTING MOTION FOR DISMISSAL

Plaintiff has filed a notice of dismissal with prejudice, ECF No. 19. Because Defendants previously served their answer, ECF No. 3, I treat the *notice* of dismissal as a *motion* for dismissal under Federal Rule of Civil Procedure 41(a)(2). The motion for dismissal with prejudice, ECF No. 19, is **GRANTED**. The Clerk shall close the file.

But the parties should take note. This is an FLSA case. If the parties wish to be bound by some settlement agreement in this case, this Court must first approve the agreement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). At this time, this Court has not approved any settlement agreement. If the parties wish to be bound by an FLSA settlement agreement, they

may move to reopen the case and move for this Court's approval of any FLSA settlement agreement.

    **SO ORDERED on July 22, 2018.**

                                           **s/Mark E. Walker**
                                           **United States District Judge**